# Third District Court of Appeal

## State of Florida

Opinion filed December 23, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-1685
Lower Tribunal No. 18-2810
_____


**Richard Rothschild,**
Appellant,

vs.

**Charmaine Rothschild,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, George A. Sarduy, Judge.

Grigaltchik & Galustov, P.A.,and Adam Rowe, David P. Grigaltchik, and Boris Galustov (Jacksonville), for appellant.

Nancy A. Hass, P.A., and Nancy A. Hass (Fort Lauderdale), for appellee.


Before FERNANDEZ, LOGUE, and GORDO, JJ.

PER CURIAM.

Affirmed.